1  JULIE A. SHEPARD, SBN 175538
   SHAILA DJUROVICH, SBN 224249
2  HOGAN & HARTSON L.L.P.
   1999 Avenue of the Stars, Suite 1400
3  Los Angeles, CA 90067
   Telephone: (310) 785-4600
4  Facsimile: (310) 785-4601
   jashepard@hhlaw.com
5  smdjurovich@hhlaw.com

6  Attorneys for Defendant
   ITN ENERGY SYSTEMS, INC.
7

**Filed**

AUG - 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE BRANCH

| | |
|---|---|
| WAVEZERO, INC., <br><br> Plaintiff, <br><br> v. <br><br> ITN ENERGY SYSTEMS, INC., and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: C07 03817 HRL <br><br> [Complaint file on June 19, 2007] <br><br> (LASC Case No. 107CV88201) <br><br> **CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL TO FEDERAL COURT** |

---

\\\\LA - 029347/000001 - 354866 v1

1

CERTIFICATE OF SERVICE OF NOTICE OF
REMOVAL TO FEDERAL COURT

I, Renee Sherriff, do hereby certify and declare:

1. I am over the age of 18 years and not a party to this action.

2. My business address is Hogan & Hartson, L.L.P., 1999 Avenue of the Stars, Suite 1400, Los Angeles, California 90067, which is located in the city, county and state where the mailing described below takes place.

3. On July 25, 2007 I caused copies of the following pleadings and documents to be served upon counsel for Plaintiffs by depositing the pleadings and documents in the United States by hand delivery, to Fenn C. Horton III, Esq., Michael J. Cheng, Esq. PAHL & McCAY, P.C., 225 West Santa Clara Street, Suite 1500, San Jose, California 95113-1752:

   a. Notice of Removal dated July 25, 2007, and exhibits thereto, (State Court);
   b. Notice to Adverse Party of Removal of Action to Federal Court dated July 25, 2007, (State Court);
   c. Civil cover sheet;
   d. Answer;
   e. Counterclaims.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 1, 2007, in Los Angeles, California.

_____
Renee Sherriff

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is: HOGAN & HARTSON, LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067

On, August 1, 2007, I caused the foregoing documents described as:

**CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL TO FEDERAL COURT**

to be served on the interested parties in this action by placing ___ the original X a true copy thereof enclosed in sealed envelopes addressed as follows:

**FENN C. HORTON III, ESQ.**
**MICHAEL J. CHENG, ESQ.**
**PAHL & MCCAY, P.C.**
**225 WEST SANTA CLARA STREET,**
**SUITE 1500**
**SAN JOSE, CA 95113-1752**
**TELEPHONE: (408) 286-5100**
**FACSIMILE: (408) 286-5722**

[X]  **BY MAIL.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY HAND DELIVERY.** I caused such envelope to be delivered by hand to the offices of the addressee(s) following ordinary business practices.

[ ]  **BY FACSIMILE.** I caused such document to be delivered by facsimile to the offices of the addressee(s) following ordinary business practices.

[ ]  **BY UNITED PARCEL SERVICE.** I caused such document to be delivered by overnight mail to the offices of the addressee(s) by placing it for collection by United Parcel Service following ordinary business practices by my firm, to wit, that packages will either be picked up from my firm by United Parcel Service and/or delivered by my firm to the United Parcel Service office.

[X]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on August 1, 2007, at Los Angeles, California.

Renee Sherriff
Print Name                                             Signature

\\\\LA - 029347/000001 - 354866 v1                3        CERTIFICATE OF SERVICE OF NOTICE OF
                                                          REMOVAL TO FEDERAL COURT