1 | JULIE A. SHEPARD, SBN 175538
2 | SHAILA DJUROVICH, SBN 224249
  | HOGAN & HARTSON L.L.P.
3 | 1999 Avenue of the Stars, Suite 1400
  | Los Angeles, CA 90067
4 | Telephone: (310) 785-4600
  | Facsimile: (310) 785-4601
5 | jashepard@hhlaw.com
  | smdjurovich@hhlaw.com

6 | Attorneys for Defendant and Counter-Claimant
7 | ITN ENERGY SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE BRANCH

---

| | |
|---|---|
| WAVEZERO, INC., | Case No.: C 07-03817 HRL |
| Plaintiff, | [Complaint file on June 19, 2007] |
| v. | **NOTICE OF DESIGNATION FOR ELECTRONIC FILING** |
| ITN ENERGY SYSTEMS, INC., and DOES 1 through 20, inclusive, | |
| Defendants. | |
| ITN ENERGY SYSTEMS, INC., | |
| Counter-Claimant, | |
| v. | |
| WAVEZERO, INC., | |
| Counter-Defendant. | |

---

\\\LA - 029347/000001 - 356581 v1

1

**NOTICE OF DESIGNATION FOR ELECTRONIC FILING**
**Case No.: C 07-03817 HRL**

1     PLEASE TAKE NOTICE THAT the above-captioned matter has been
2 designated for Electronic Filing.  Pursuant to General Order No. 45, attached as
3 Exhibit "A" to this Notice is the Electronic Case Filing User's Manual.

7 DATE:  August 9, 2007                HOGAN & HARTSON LLP

By: /s/ Julie A. Shepard
    Julie A. Shepard
    Shaila M. Diurovich
Attorneys for Defendant
And Counter-Claimant
ITN ENERGY SYSTEMS, INC.

\\\LA - 029347/000001 - 356581 v1

2

**NOTICE OF DESIGNATION FOR ELECTRONIC FILING**
**Case No.:  C 07-03817 HRL**