# Exhibit A



United States District Court

Northern District of California

# Electronic Case Filing

# Users Manual

JULY 2003

rev 7.24.2003

# Table of Contents

Getting Started . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
        Help Desk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
        Capabilities of System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
        Hardware and Software Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
        How to Register for Access . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Preparation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Setting Up the Acrobat PDF Reader . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Portable Document Format *(PDF)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
        How to View a PDF File . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
        How to Convert Documents to PDF Format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
        For WordPerfect . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
        For Microsoft Word 95 or later . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
        Any other word processing program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Basics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    User Interactions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
        Documents Filed In Error . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
        Viewing Transaction Log . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
        User's Manual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

A Step-By-Step Guide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    How to Access the System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    Logging In . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    Civil Events Feature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
        Correcting a mistake . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
        Options for Filing a Complaint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
        Filing a Motion or Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
        To submit a PDF document . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
        Attachments to Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        When attachments and exhibits are in paper format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
    Sample Notice For Exhibits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
        Related Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
        Refining the description of the document . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
        Submitting a proposed Order . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
        Filing Proposed Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
        Filing Other Types of Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
    E-Mail Notification When Documents are Filed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
    Displaying a Docket Sheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
    Displaying Other Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

    Troubleshooting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

# Electronic Case Files System
# User's Manual

# Getting Started

## Introduction

Beginning April 2, 2001, the U.S. District Court for the Northern District of California began to designate some civil cases for electronic filing. As of April 2003, all civil cases filed before the court will be designated for e-filing at opening with the exception of cases in which there is a *pro se* litigant.

All documents in cases designated for e-filing shall be electronically filed with the court, with the exception of:

1.  Complaints (or other initiating documents such as a Notice of Removal), except that within ten days of the conventional filing of a complaint in a case subject to e-filing, an electronic copy in PDF format shall be e-mailed to an email box specific to the chambers of the judge presiding in the case. These email boxes are always named with the judge's initials, followed by "pdf@cand.uscourts.gov"; for example, the address to which a PDF document should be mailed for cases presided over by Judge Walker would be "VRWpdf@cand.uscourts.gov". A complete list of email addresses may be found at the e-filing web site. to which may be found on the ECF home page. Please note that the complaint should <u>not</u> be e-filed, as this will result in a second complaint entry on the docket and possibly lead to confusion.

2.  Transcripts;

3.  Document(s) to be filed under seal. However, a motion to file documents under seal shall be filed electronically. The order of the Court authorizing the filing of such document(s) under seal shall be filed electronically by the presiding judge and shall indicate that the motion to file documents under seal has been "so ordered". A paper copy of the order shall be attached to the document(s) under seal and be delivered to the Office of the Clerk; and

4.  Notices of Appeal.

5.  In addition, General Order 45 VII(A) provides that, "Parties otherwise participating in ECF may be excused from filing a particular component electronically if it is not available in electronic format and it is not feasible for the filer to convert it to electronic format by scanning it. Such component shall not be filed electronically, but instead shall be manually filed with the clerk of court and served upon the parties in accordance with the applicable Federal Rules of Civil Procedure and the Local Rules for filing and service of non-electronic documents. Parties manually filing a component shall file electronically a Notice of Manual Filing setting forth

the reason(s) why the component cannot be filed electronically."

Pleadings or other documents which are filed on paper rather than electronically shall be served in the manner provided for in, and on those parties entitled to notice in accordance with, the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California except as otherwise provided by order of the Court.

This manual provides instructions on how to use the Electronic Filing System to file documents with the court, or to view and retrieve docket sheets and documents for all cases assigned to this system. It assumes a working knowledge of Netscape and Adobe Acrobat. For questions regarding Netscape or Adobe Acrobat, please refer to their instruction manuals.

### Help Desk

Telephone the Court's Help Desk at 1.866.638.7829 between the hours of 9:00 A.M. and 4:00 P. M., Monday through Friday, if you need assistance. You may also email the Help Desk at ECFHELPDESK@cand.uscourts.gov.

### Capabilities of System

The electronic filing system allows registered participants with Internet accounts and software to create PDF documents to perform the following functions:

- Access the Court's web page
- Download the most recent version of the User's Manual
- Train using a tutorial that mimics the process of e-filing
- Train personnel on a training system comparable to the official "live" system
- Electronically file pleadings and documents in actual ("live") cases
- View official docket sheets and documents associated with cases
- View various reports (*e.g.*, Cases Filed Report, Calendar (for cases filed electronically) )

## Requirements

### Hardware and Software Requirements

The hardware and software needed to electronically file, view and retrieve case documents are the following:

- a personal computer running a standard platform such as Windows or Macintosh

- Internet access

- Netscape Navigator software version 4.08, or Netscape Communicator in version 4.7x, or Internet Explorer version 5.5. Both Netscape 6 and IE 6 have been reported to have occasional problems with the e-filing system; Netscape version 7 appears to work reasonably well;

- Adobe Acrobat, or similar, software to convert documents from a word processor format to portable document format (PDF); on the court's e-filing site at ecf.cand.uscourts.gov you can find a links to all the companies we've found who make software for creating PDF documents;

- a scanner to convert to PDF format documents that are not in your word processing system, but which you have only on paper, typically exhibits;

- A PACER account is required to retrieve information from the ECF system. You can obtain a PACER account by calling (800) 676-6856 or by visiting the PACER registration page at http://pacer.psc.uscourts.gov/register.html;

*Note:* For additional information and known problems, refer to the FAQ ("Frequently Asked Questions") postings at ecf.cand.uscourts.gov

### How to Register for Access

Participants who have never used the system must either obtain a registration form from the ECF Web site at ecf.cand.uscourts.gov . The registrant should complete the form, email the completed form to ECFREG@cand.uscourts.gov and sign a printed copy of the form. The signed hard copy of the registration form must be returned to the District Court Clerk's Office, 450 Golden Gate Ave. San Francisco, CA 94102 – Attn: E-Filing Registration, for processing. Only after a user account has been established based on the registration form is the participant issued a log in and password that will provide access to the system.

A tutorial, and a training version of the system is provided on the Internet at ecf.cand.uscourts.gov for practice purposes. It is strongly recommended that participants take advantage of filing documents in the training database before filing a document in the "live" data base.

# Preparation

## Setting Up the Acrobat PDF Reader

In order to view documents filed on the system, users must set up Acrobat PDF reader. All pleadings are in PDF format. When installing this product, please review and follow Adobe's directions to utilize an Acrobat PDF reader after installation.

## Portable Document Format (*PDF*)

Only PDF (Portable Document Format) documents may be filed with the court using the court's Electronic Filing System. Be sure to view the PDF formatted document before sending it to ensure that it appears in its entirety and in the proper format .

### How to View a PDF File

- Start the Adobe Acrobat program.

- Go to the *File* menu and choose *Open.*

- Click on the location and file name of the document to be viewed.

- If the designated location is correct, and the file is in PDF format, Acrobat loads the file and displays it on the screen.

- If the displayed document is larger than the screen or consists of multiple pages, use the scroll bars to move through the document.

- Click on the *View* menu for other options for viewing the displayed document. Choose the option that is most appropriate for the document.

## How to Convert Documents to PDF Format

Conversion of any word processing document to PDF Format is required before submission to the court's electronic filing system. You may use any software you choose to create PDF documents; the Court does not endorse or recommend any specific company. A page providing links to a number of companies who make software for creating PDF documents can be found on the e-filing web site at ecf.cand.uscourts.gov.

The conversion process is generally simple and can in most cases be accomplished from within the word processing program you are using. Many, although not all, of the programs that create PDF documents install as a pseudo-printer, and can be selected as a print destination from within your word processor.

### For WordPerfect:

Version 6.1, 7, 8

- Open the document to be converted.

- Select the *Print* option and in the dialog box select the option to change the selected printer. A drop down menu with a list of printer choices is displayed.

- ***Select the PDF printer option, e.g., Acrobat PDFWriter.***

- "Print" the file. The file should not actually print out; instead the option to save the file as a PDF format file appears.

- Name the file, giving it the extension **.PDF** .

- Accept the option and the file is converted to a PDF document.

Version 9, 10 or 11

- Use above method or:

- Open the document.

- Click on the *File* menu and select, ***Publish to PDF.***

- ***Save the file as a PDF file, giving it a .PDF extension.***

- The file is now in PDF format under the newly designated name, and the original document remains in its original form under the original name.

-7-

**For Microsoft Word 95 or later:**

- Open the document.

- Click on the *File* menu and select *Print.*

- *Choose the appropriate PDF "printer" option, and save the file as a PDF file, giving it a .PDF extension.*

- The file is now in PDF format under the newly designated name, and the original document remains in its original form under the original name.

**Any other word processing program:**

- Open the document to be converted.

- Select the *Print* option and in the dialog box select the option to change the selected printer. A drop down menu with a list of printer choices is displayed.

- Select the PDF "printer" option, which will depend on the software you have installed..

- "Print" the file. The file should not actually print out; instead the option to save the file as a PDF format file appears.

- *Name the file, giving it the extension .PDF .*

- Accept the option and the file is converted to a PDF document.

# Basics

## User Interactions

There are three general types of user interactions allowed by the system:

- Entering data

- Using command buttons to tell the system what to do next

- Clicking on hyperlinks

Command buttons and hyperlinks are used to instruct the system what to do next.

## Conventions used in this Manual:

*10*

- Data to be entered by the user is shown enclosed in angle brackets: <data to be entered>.

- Command buttons are represented in this manual in **[bracketed boldface type]**.

- Hyperlinks are represented in **<u>underlined boldface type</u>**.

## Documents Filed In Error

A document incorrectly filed in a case may be the result of posting the wrong PDF file to a docket entry, or selecting the wrong document type from the menu, or simply entering the wrong case number and not catching the error before the transaction is completed.

To notify the court of such an error, telephone:

**Toll Free Help Desk**                    **1.866.638.7829**

as soon as possible after an error is discovered.   Be sure to have the case number and document number for which the correction is being requested. The system will not permit you to make changes to the document(s) or docket entry filed in error once the transaction has been accepted. Please note that the Help Desk staff cannot remove a document from the file; to do so requires the order of a judge. The Help Desk may be able to offer you some assistance short of removing the incorrect document, however, so you should begin by calling if you have made an erroneous filing.

## Viewing Transaction Log

This feature, selected from the **<u>Reports Menu,</u>** allows you to review all transactions processed with your log in and password.  If you believe or suspect someone is using your log in and password without permission, change your password *immediately*, then telephone the Court's Help Desk at **1.866.638.7829** or email <u>ECF-CAND@cand.uscourts.gov</u> as soon as possible.

## User's Manual

The most recent version of the User's Manual for the system is always available at <u>ecf.cand.uscourts.gov</u>  in PDF format. For the most recent info, check the FAQ postings on that page. Also check the "<u>What's New</u>" link periodically: it's there that we announce scheduled service outages, changes to policies (e.g., a revision to General Order 45), etc.

*//*

## A Step-By-Step Guide

Below is a step-by-step guide for entering the system, preparing a document for filing, filing a motion or application, and displaying a docket sheet. We suggest that you go through the steps, first in the tutorial, and then in the training data base before trying to actually file a document.

### How to Access the System

Users can get into the system via the Internet by going to:

**ecf.cand.uscourts.gov**

Note: www is not required in this address



### Logging In



- Enter your Log in and User Password in the appropriate data entry fields. (*Note that a client code is purely optional, and is meaningful only when using a PACER account rather than an e-filing account because it has to do with PACER billing only.*) Then click on the ███ button to transmit the information to the system. If an error is made before you've submitted the screen, the ███ button allows you to clear the Log in and Password entries so they may be re-entered.

- If an invalid combination has been submitted, the system responds with an error message. Click on ███, then re-enter your log in and password.

- The entry of a valid log in and password combination prompts the system to display the Main Menu Bar .

- For those not registered as e-filers, you may use your PACER login to view docket sheets and documents.

Once the Main Menu Bar appears,  choose from a list of options.



-11-

/3



**Note** that the date *you last logged into the system* appears at the bottom left of the Main Menu.

*Last log in: 03-09-1998 13:52*
*29January1998*

You should review this information each time you log in for security reasons.    If you believe or suspect someone is using your log in and password without permission, change your password immediately, then telephone the Court's Help Desk at **1.866.638.7829** or email ECF-CAND@cand.uscourts.gov as soon as possible.

## Civil Events Feature



This option permits the filing of documents in a case. Note that this option will *not* appear when you log in using a PACER login.

There are four basic steps involved in filing a document:

(1) selecting a document type (see posting on the e-filing home page);

(2) entering the case numbers for which the document is to be filed;

(3) designating the parties filing the document; and

(4) specifying the PDF file name for the document to be filed.

-12-

Each screen has the following two buttons:

- ███ clears **all** characters entered in that particular box.

- ███ accepts the entry just made and displays the next entry screen, if any.

**Correcting a mistake:**



Use the ███ button on the Netscape toolbar to go back and correct an entry made on a previous screen. However, once the document is transmitted to the court, only the court can make changes or corrections.

**Signatures and Affidavits of Service**

Documents which must contain original signatures or which require either verification or an unsworn declaration under any rule or statue, shall indicate a signature, e.g., "s/Jane Doe".

In the case of a stipulation or other document to be signed by two or more persons, the following procedure should be used:

(a) The filing party or attorney shall attest that the content of the document is acceptable to all persons required to sign the document.

(b) The filing party or attorney then shall file the document electronically, indicating the signatories, e.g., "s/Jane Doe," "s/John Doe," etc.

©) The filer shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any), pursuant to paragraph X(B) of <u>General Order 45.</u> Alternatively, the filer may submit a scanned image of the signature page(s) only as an attachment to the electronic filing.

**Filing a Complaint**

You must file your complaint and serve it in the traditional way, on paper. After you file your complaint, if it is assigned to a judge who requires e-filing and if it is not a Social Security appeal, a Bankruptcy appeal, and if you are not a *pro se* plaintiff, you will be given an E-Filer information packet containing instructions on how to register. **You must serve a copy of this information on all the parties in the case.** Within ten days of filing your complaint, you are required to send a PDF format electronic copy of the complaint and any other documents filed with it on paper by **email** to an email box specific to the chambers of the judge presiding in the case for attachment to the docket. You should <u>not</u> e-file your complaint, since that will result in its appearance on the docket

-13-

twice with different dates and lead to confusion.

### Filing a Motion or Application

- Select **Civil** from the bar at the top of the Main Menu to bring up the **Civil Events** window.

- Click on **Motions** under **Motions and Related Filings**



**Select type of Motion**



Use the up and down arrows to the right of the white box to find the type of motion or application to be filed, and click on it.

To select multiple motions, press and hold down the **Ctrl** key, and click on the appropriate forms of relief sought.

• Scroll down and click on ▮▮▮▮▮

• Enter the case number.



If the number is entered incorrectly, click ▮▮▮▮ to re-enter.

or

If the computer prompts that you entered an invalid case number, click on ▮▮▮▮ to re-enter.

- When the case number is correct, click on █████████ .

- Recheck whether the case number is correct. If it is incorrect, click on █████ to re-enter the case number.

- If it is correct, scroll down to the bottom part of the screen and click on █████████ .

- The next screen prompts you to select or add the name of the party for whom you are filing the motion:



Click on the down arrow to the right of the box to scroll through the list. If the name you're looking for appears, click on it.

If the name does not appear, click on **Add/create new party**.

The party may exist in the database even if not yet linked to the case.



Type the first letters for a company name or, for an individual, the first letter of the party's last name. The search **IS** case sensitive.

Click on █████████ .

The computer displays a list of party names in the alphabet range

-16-

/8

selected.
If the name of the party appears, select it.


Scroll down using the arrow in the lower right of the screen.
Click on the white box beneath **Select Party's role in this filing**
and click on the correct role.

Click on ████████ .





If the party's name is not on the list, click on ████████████ .
    Enter the information requested.



At the bottom of the screen, click on .

- The next screen prompts you to select the PDF filename of the document being filed.

  **The file MUST be in a PDF format with a .PDF suffix.  If not, it will not be readable by the system.**

  If an attempt is made to upload a non-PDF file, or make a standard docket entry without also submitting a document, an error message will appear.



-18-

**To submit a PDF document:**

Enter the full path name of the document to be filed in the space provided; or,

Click on the ▮▮▮▮▮ button to navigate to the appropriate directory and file to select the document. Two very important points must be noted here:

If the path name for the file is manually entered, be sure to include the drive name, if applicable, and the full directory path (e.g. c:\docs\answr.PDF).

To use the ▮▮▮▮▮ option, use the mouse to select the directory in which the PDF version of the file is located.



Change the Files of type from



to



Select the file to be uploaded.

**(Highly Recommended:** To verify that the document being filed is the correct document, after the file is selected, right click on the file name to bring up a quick menu and left click on open. The .pdf document will open and can be viewed to verify that it is the correct document.)

•    If there are no attachments to the pleading, click on ▮▮▮▮▮ .

21

## Attachments to Documents

All documents which form part of a pleading and which are being filed at the same



time and by the same party should be electronically filed together under one docket number, as prescribed by the Local Rules.

- If there is an attachment to the motion (*e.g.* an exhibit, appendix, proposed order, *etc.*):

- Click Yes.

- Click ████████

An additional screen is displayed (**all exhibits must be attached to the motion, application or document being filed**) which allows you to attach one or more documents:



- At the prompt: **Enter the PDF filename of the document you are**

*2*

**filing**, click on  to search for the document.

- Under **Type of Attachment** click on the arrow and click on the type of attachment.



- To describe the attachment more fully, click in the **Description** box and type in the description.

- Click on ▌▔▔▔▔▔▔▔▔.

- If there are additional attachments, repeat this sequence for each one.
- After adding all .pdf documents for attachments, click on

  ▐▔▔▔▔▔▔ .

## When attachments and exhibits are in paper format

When attachments and exhibits are being filed in paper format, a one page **.pdf** document titled *Notice Regarding Exhibit Attachment* must be attached to the pleading in the electronic case file so that there will be a notation on the docket sheet that exhibits are being held in the clerk's office in paper. (Please see sample on the next page; there is also an interactive copy on e-filing home page).

If attachments and exhibits are filed in paper format, copies must be served on all parties in the case in the traditional manner.

# S A M P L E   F O R M A T
## *(You can find a copy of this example form*
## *on the e-filing homepage)*

## *IN THE UNITED STATES DISTRICT COURT FOR THE*
## *NORTHERN DISTRICT OF CALIFORNIA*
## *_____ DIVISION*

|  |  |  |
|---|---|---|
| _____, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. _____ |
| | ) | |
| _____, | ) | |
| | ) | |
| Defendant(s). | ) | |

## NOTICE REGARDING EXHIBIT ATTACHMENT

Exhibit _____ which is an attachment to _____

is in paper form only and is being maintained in the case file in the Clerk's office.

Reason for manual filing:


_____
Attorney for (Plaintiff or Defendant)
Address:_____
_____
_____
_____

Date:_____

-22-

24

## Related Documents

- If your document refers to an existing document in the case, click on the box



to the left of **Does this filing refer to an existing document in this case?**

If the document being filed refers to an existing document in the case, two additional screens are displayed:

- On this screen select the type(s) of existing document(s) to which the one currently being filed relates:

  Scroll through the list of document types, and click on the one that applies.

  To specify more than one existing document type, press and hold down the **Ctrl** key on your keyboard as you click on the additional



ones.

Scroll down and click on 

- On this screen, select the specific existing documents to which the one currently being filed relates:

-23-

25



•    Scroll through the list and click on the box to the left of each pre-existing document to which the current document relates.    Scroll down and click on ████ .

**Refining the description of the document:**



Click on the drop-down list and select the correct modifier, if necessary.

•    Click on the white box to the right and type in any additional description, if appropriate.

•    Continue to click on the blank boxes to add modifiers and descriptions of

-24-

𝒶(

additional motions/applications, if the document contains more than one.



- Click on <span style="background:black"> </span>.

- Give final approval to the entry by following instructions on the screen.



- To modify a previous screen, click on <span style="background:black"> </span> at the top of the  Netscape screen to find the screen to be modified.

- When you arrive at the **Final Approval** screen, if the entry is correct, scroll down and click on <span style="background:black"> </span>.

- To abort the entry, click on <u>Civil</u>  to restart.

After final approval is given, the next screen displays the Notice of Electronic Filing.

- This screen gives you confirmation that the system has received the entry, and the document is now an official court document.  It also tells you the date and time your transaction was received by the court, and the number assigned to the document.  For future reference, please note this number on the PDF document file.  Scroll down to view the entire receipt.

-25-

27



(partial screen)

- To print out the receipt, click  on the Netscape Toolbar.
- To save the receipt, click on **File** at the top of the Netscape screen, and select **Save Frame As...**

If parties are not receiving notice electronically, it is your responsibility to serve them with hard copies of all documents and attachments at the address listed under "**Notice will not be electronically mailed to:**" (See "Service of Documents", below). To find out in advance of the completion of your filing if there are parties in the case who will require paper service, use the Reports menu item, "Email Info for a Case".

### Submitting a Proposed Order

Proposed orders should be e-filed in PDF format. They should be attached to pleadings which they accompany, such as stipulations or motions. Proposed orders must also be e-mailed to the court, using the email address for the judge's chambers in your particular case. Each chambers has its own proposed order mailbox, all of the same form: the judge's initials followed by "po@cand.uscourts.gov", e.g., "VRWpo@cand.uscourts.gov". The copy of the proposed order which is e-mailed to the court must be in a word-processing format that can more readily be edited. The e-mailed copy not in PDF may be in any of the following formats:

1) WordPerfect 6.1 or higher;
2) Microsoft Word 95 or higher;
3) plain ASCII text.

If the emailed copy is in ASCII text format, then it should contain **only the text** of the proposed order - don't try to preserve the pleading paper or other formatting.

### Filing Proposed Documents

-26-

28

If the document you wish to file requires leave of court, such as an amended complaint or a document to be filed out of time, the proposed document shall be attached as an exhibit to the motion. If your motion is granted, the order will direct you to electronically file your document with the court.

## Filing Other Types of Documents

To file a document other than a motion or application, make the appropriate selection from the appropriate menu. The screens that follow will be very similar to those described above for filing a motion.

# Service of Documents

### E-Mail Notification When Documents are Filed

Attorneys associated with ECF cases will be automatically notified by e-mail and receive the Notice of Electronic Filing when a document is filed in those ECF cases, provided they have an Internet e-mail address. This notice shall constitute service of the document for which the notice was generated, pursuant to Local Rule 5-4 and General Order 45.

If you wish to be notified of activity in other ECF cases to which you are not a party, select **Maintain Your Account**, then **E-mail Info**, from the **Utilities** Menu.

Fill in the appropriate blanks, return to the primary account maintenance screen, and press Submit. The next screen will show the options you have selected.

You will be notified of any activity in the cases you requested.

You can also set up additional parties to receive notification in cases. This might be useful to notify secretaries, paralegals or docket clerks of activity taking place in current cases.

### Service on Parties Not Registered for Electronic Notice
A paper copy of the electronically filed pleading or other document shall be served on any parties in the case who are not designated or able to receive electronic notice. If such service of a paper copy is to be made, it shall be done in the manner provided in the Federal Rules of Civil Procedures and the Local Rules. **NOTE: If service of a paper copy is to be made, print the PDF version you filed electronically and serve that. Otherwise, line numbers and other formatting may not match the official, filed version of your document.**

-27-

29

## Displaying a Docket Sheet

Click on **Reports** .



This displays the Reports Menu, listing the reports that can be produced.



- Click on **Docket Sheet**.
- Enter the case number.



- Specify whether the entries should be displayed in ascending or descending document number order by clicking in the appropriate circle.
- Specify whether the entries should be displayed by filing date or entry date by clicking in the appropriate circle.

-28-

3(

- Click on *Include Receipts* to view the Notice of Electronic Filing for each document. (Only available on documents filed after 10/15/99)

- Scroll down and click on ▮▮▮▮▮▮ .

The computer displays the docket sheet.

You may scroll through by using the up and down arrows on the bar to the right of the list.

If you want to view an actual document described on the docket sheet, click on the document number.

If you want to view the Notice of Electronic Filing, click on the gray dot next to the document number. (not shown in graphic)

You may print out the document by clicking ▮▮▮▮ on the Netscape Toolbar.

To return to the docket sheet, click on ▮▮▮▮ .



You may print out the docket sheet by clicking ▮▮▮▮ on the Netscape Toolbar.

## Displaying Other Reports

To view a report other than a docket sheet, make the appropriate selection from the Reports Menu. The screens that follow are very similar to those described above for viewing a docket sheet.

*31*

# Troubleshooting

**If you cannot log in to the system, or experience some other problem in using it, please call the Court's Help Desk at 1.866.638.7829. The FAQ ("Frequently Asked Questions") postings on the e-filing web site are a resource which you are encouraged to consult. The solutions to the problems which are most often encountered by users new to the system can be found in the FAQ postings.**

## Technical Failures

The Clerk shall deem the public ECF Web site to be subject to a technical failure on a given day if the site is unable to accept filings continuously or intermittently over the course of any period of time greater than one hour after 12:00 noon that day, in which case filings due that day which were not filed due solely to such technical failures shall become due the next business day.  Such delayed filings shall be rejected unless accompanied by a declaration or affidavit attesting to the filing person's failed attempts to file electronically at least two times after 12:00 p.m. separated by at least one hour on each day of delay due to such technical failure.  If you have questions about ECF, please call our Help Desk at 1.866.638.7829.

3