1  JULIE A. SHEPARD, SBN 175538
   SHAILA DJUROVICH, SBN 224249
2  HOGAN & HARTSON L.L.P.
   1999 Avenue of the Stars, Suite 1400
3  Los Angeles, CA 90067
   Telephone: (310) 785-4600
4  Facsimile: (310) 785-4601
   jashepard@hhlaw.com
5  smdjurovich@hhlaw.com

6  Attorneys for Defendant and Counter-Claimant
   ITN ENERGY SYSTEMS, INC.
7

8

9                    UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE BRANCH

11  _____

12  WAVEZERO, INC.,                    )  Case No.: C 07-03817 HRL
                                       )
13              Plaintiff,             )  [Complaint file on June 19, 2007]
                                       )
14       v.                            )
                                       )  **NOTICE OF: (1) ORDER
15  ITN ENERGY SYSTEMS, INC., and      )  SETTING INITIAL CASE
    DOES 1 through 20, inclusive,      )  MANAGEMENT CONFERENCE
16                                     )  AND ADR DEADLINES; (2)
                                       )  STANDING ORDER RE INITIAL
17                                     )  CASE MANAGEMENT
                Defendants.            )  CONFERENCE AND
18                                     )  DISCOVERY DISPUTES; (3)
    _____    )  STANDING ORDER RE CASE
19                                     )  MANAGEMENT IN CIVIL
    ITN ENERGY SYSTEMS, INC.,          )  CASES; (4) STANDING ORDER
20                                     )  RE CONTENTS OF JOINT CASE
                Counter-Claimant,      )  MANAGEMENT CONFERENCE
21                                     )  STATEMENT**
         v.                            )
22                                     )
    WAVEZERO, INC.,                    )
23                                     )
                Counter-Defendant.     )
24                                     )
                                       )
25  _____    )

26

27                  _____
28

\\\LA - 029347/000001 - 356574 v1          **NOTICE OF ORDER RE INITIAL CASE
                                           MANAGEMENT CONFERENCE, AND
                                           STANDING ORDERS**
                                    1      **Case No.: C 07-03817 HRL**

1     PLEASE TAKE NOTICE THAT the Court issued the Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order re Initial Case Management and Discovery Disputes, Standing Order re Case Management Conference in Civil Cases, and Standing Order re Contents of Joint Case Management Statement, attached as Exhibit "A" to this Notice, in the above-captioned case.

    Pursuant to Local Rule 4.2, attached as Exhibit "B" is the ADR Handbook "Dispute Resolution Procedures in the Northern District of California".

DATE: August 9, 2007        HOGAN & HARTSON LLP

By: /s/ Julie A. Shepard
    Julie A. Shepard
    Shaila M. Diurovich
Attorneys for Defendant and
Counter-Claimant
ITN ENERGY SYSTEMS, INC.