PAHL & McCAY
A Professional Corporation
Fenn C. Horton III, Esq. (State Bar No. 119888)
Michael J. Cheng, Esq. (State Bar No.244414)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.:  (408) 286-5100
Facsimile No.:  (408) 286-5722

Attorneys for Plaintiff
WAVEZERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAVEZERO,<br><br>        Plaintiff,<br><br>v.<br><br>ITN ENERGY SYSTEMS, INC., and DOES 1 through 20, inclusive,<br><br>        Defendants.<br>_____<br>ITN ENERGY SYSTEMS, INC.,<br><br>        Counter-Claimant<br><br>v.<br><br>WAVEZERO, INC.,<br><br>        Defendant.<br>_____ | Case No. C07-03817 HRL<br><br>[Complaint filed June 19, 2007]<br><br>[Santa Clara SC Case No. 1-07-CV-88201]<br><br>**WAVEZERO'S ANSWER TO COUNTERCLAIMS**<br><br>(Diversity [28 U.S.C. §§ 1332, 1441(b) and 1446]) |

Plaintiff/Counter-Defendant WAVEZERO, INC. ("WAVEZERO") hereby answers the counterclaims of Defendant/Counter-Claimant ITN ENERGY SYSTEMS, INC. ("ITN") and states as follows:

## INTRODUCTION

1.     WAVEZERO admits that WAVEZERO asked ITN to build several machines to be used in the development of a process for manufacturing radio frequency identification tags, ("RFID tags").  Except as so admitted, WAVEZERO specifically

1. denies each and every remaining allegation contained in Paragraph 1 of the Counterclaims.

2. WAVEZERO admits that its parent company, Block Shield Corporation ("Block Shield") represented to the public that they had developed a technology for manufacturing RFID tags. Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 2 of the Counterclaims.

3. WAVEZERO admits that it has refused to pay ITN the final $200,000.00 that ITN claims under its contract with WAVEZERO, and that Block Shield has represented to the public that certain machines were a "breakthrough" for WAVEZERO. Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 3 of the Counterclaims.

4. WAVEZERO admits that it has refused to pay all the amounts that ITN has demanded under the parties' contract identified in Paragraph 11 of the Counterclaims. Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 4 of the Counterclaims.

## PARTIES, JURISDICTION and VENUE

5. WAVEZERO is without sufficient information or belief to admit or deny the allegations contained in Paragraph 5 of the Counterclaims, and on that basis denies each and every allegation contained therein.

6. WAVEZERO admits the allegations contained in Paragraph 6 of the Counterclaims.

7. WAVEZERO is without sufficient information or belief to admit or deny the allegations contained in paragraph 7 of the Counterclaims, and on that basis denies each and every allegation contained therein.

8. WAVEZERO admits the allegations contained in Paragraph 8 of the Counterclaims.

## COMMON ALLEGATIONS

9. WAVEZERO admits the allegations contained in Paragraph 9 of the

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3093-003
00097814.WPD

Counterclaims.

10. WAVEZERO denies each and every allegation contained in Paragraph 10 of the Counterclaims.

11. WAVEZERO admits that on or about October 31, 2005, WAVEZERO and ITN entered into a written agreement, whereby ITN agreed to design, build, and deliver two machines, i.e., the TF50 and the TF55, on or before February 10, 2006, that would conform with the performance specifications stated in ITN's Proposal Nos. 2005/PB/WZ/CT-04 and 2005/PGBH/WZ/CT-05, dated October 28, 2005, and that a copy of ITN's proposals are attached as Exhibit 2 to the Counterclaims. Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 11 of the Counterclaims. WAVEZERO specifically denies that Exhibit 1 to the Counterclaims is a copy of ITN's "contract proposal dated October 28, 2006."

12. WAVEZERO is without sufficient information or belief to admit or deny the allegations contained in Paragraph 12 of the Counterclaims, and on that basis denies each and every allegation contained in therein.

13. WAVEZERO admits that on or about October 31, 2005, WAVEZERO accepted ITN's offer contained in Proposal Nos. 2005/PB/WZ/CT-04 and -05 dated October 28, 2005. Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 13 of the Counterclaims, and WAVEZERO specifically denies that Exhibit 2 to the Counterclaims is a copy of WAVEZERO's acceptance.

14. WAVEZERO admits the terms and conditions stated in Paragraph G.1 of the Proposals attached as Exhibit 2 to the Counterclaims. Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 14 of the Counterclaims.

15. WAVEZERO admits the terms as stated in Paragraph G.8 of the Proposals attached as Exhibit 2 to the Counterclaims. Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 15 of the Counterclaims.

16. WAVEZERO denies each and every allegation contained in Paragraph 16

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3093-003
00097814.WPD

3
WAVEZERO'S ANSWER TO COUNTERCLAIMS                    (Case No. C07-03817)

of the Counterclaims.

17.  WAVEZERO admits that Exhibit 3 of the Counterclaims is a copy of a press release issued by Block Shield on or about February 27, 2006. Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 17 of the Counterclaims.

18.  WAVEZERO admits that Exhibit 4 to the Counterclaims is a copy of an email from Antoniucci to Pawan Bhat ("Bhat"). Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 18 of the Counterclaims.

19.  WAVEZERO denies and every allegation contained in Paragraph 19 of the Counterclaims.

20.  WAVEZERO admits that the "Machines", in a nonconforming condition, were delivered to WAVEZERO in March 2006. WAVEZERO also admits that Exhibit 5 to the Counterclaims consist of copies of emails between WAVEZERO and ITN. Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 20 of the Counterclaims.

21.  WAVEZERO admits the terms as stated in Paragraph G.1 of the Proposals attached as Exhibit 2 to the Counterclaims. Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 21 of the Counterclaims.

22.  WAVEZERO admits that Exhibit 6 to the Counterclaims is a copy of a press release issued by Block Shield on or about February 20, 2006. Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 22 of the Counterclaims.

23.  WAVEZERO admits that on or around May 12, 2006, the "Machines" were still being tested by ITN and WAVEZERO employees because the "Machines" would not conform to the specifications stated in the contract between WAVEZERO and ITN. Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 23 of the Counterclaims.

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3093-003
00097814.WPD

24.  WAVEZERO admits the terms contained in Paragraph G.7 of the Proposals attached as Exhibit 2 to the Counterclaims.  Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 24 of the Counterclaims.

25.  WAVEZERO admits that Exhibit 8 is a copy of a press release issued by Block Shield on or about July 28, 2006.  Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 25 of the Counterclaims.

26.  WAVEZERO admits the allegations contained in Paragraph 26 of the Counterclaims.

27.  WAVEZERO admits that by August 2006, WAVEZERO made additional complaints to ITN regarding various problems with the "Machines," and that Exhibit 9 to the Counterclaims is a copy of an email exchange between Antoniucci and ITN's chief executive officer, Mohan Misra ("Misra"), memorializing an agreement contemporaneous with the email exchange.  Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 27 of the Counterclaims.

28.  WAVEZERO denies each and every allegation contained in Paragraph 28 of the Counterclaims.

29.  WAVEZERO is without sufficient information and belief to admit or deny the allegations contained in Paragraph 29 of the Counterclaims, and on that basis denies each and every allegation contained therein.

30.  WAVEZERO is without sufficient information and belief to admit or deny the allegations contained in Paragraph 30 of the Counterclaims, and on that basis denies each and every allegation contained therein.

31.  WAVEZERO denies each and every allegation contained in Paragraph 31 of the Counterclaims.

32.  WAVEZERO is without sufficient information and belief to admit or deny the allegations contained in Paragraph 32 of the Counterclaims, and on that basis denies each and every allegation contained therein.

33.  WAVEZERO denies each and every allegation contained in Paragraph 33

of the Counterclaims.

34.  WAVEZERO admits that it paid ITN the $100,000.00, and that WAVEZERO still refuses to pay ITN the $200,000.00 demanded by ITN. Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 34 of the Counterclaims.

### FIRST CAUSE OF ACTION

35.  WAVEZERO restates its answer to each and every foregoing paragraph of the Counterclaims as though fully set forth herein.

36.  WAVEZERO admits that it entered into a contract with ITN on or about October 31, 2005, under which ITN was to manufacture the Machines in exchange for a payment of $1,190,000.00. Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 36 of the Counterclaims.

37.  WAVEZERO admits the payment terms stated in Paragraph G.1 of the Proposals, a copy of which is attached as Exhibit 2 to the Counterclaims. Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 37 of the Counterclaims.

38.  WAVEZERO admits the allegations contained in Paragraph 38 of the Counterclaims.

39.  WAVEZERO denies each and every allegation contained in Paragraph 39 of the Counterclaims.

40.  WAVEZERO denies each and every allegation contained in Paragraph 40 of the Counterclaims.

41.  WAVEZERO admits that it still has not paid the $200,000.00 claimed by ITN. Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 41 of the Counterclaims.

42.  WAVEZERO denies each and every allegation contained in Paragraph 42 of the Counterclaims.

43.  WAVEZERO denies each and every allegation contained in Paragraph 43

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3093-003
00097814.WPD

of the Counterclaims.

44. WAVEZERO denies each and every allegation contained in Paragraph 44 of the Counterclaims.

## SECOND CAUSE OF ACTION

45. WAVEZERO restates its answer to each and every foregoing paragraph of the Counterclaims as though fully set forth herein.

46. WAVEZERO admits that on or around August 7, 2006, ITN agreed to repair problems with the Machines that had been identified by WAVEZERO and ITN's employees. Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 46 of the Counterclaims.

47. WAVEZERO denies each and every allegation contained in Paragraph 47 of the Counterclaims.

48. WAVEZERO denies each and every allegation contained in Paragraph 48 of the Counterclaims.

49. WAVEZERO denies each and every allegation contained in Paragraph 49 of the Counterclaims.

## THIRD CAUSE OF ACTION

50. WAVEZERO restates its answer to each and every foregoing paragraph of the Counterclaims as though fully set forth herein.

51. WAVEZERO denies each and every allegation contained in Paragraph 51 of the Counterclaims.

52. WAVEZERO denies each and every allegation contained in Paragraph 52 of the Counterclaims.

53. WAVEZERO denies each and every allegation contained in Paragraph 53 of the Counterclaims.

54. WAVEZERO denies each and every allegation contained in Paragraph 54 of the Counterclaims.

55. WAVEZERO denies each and every allegation contained in Paragraph 55

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3093-003
00097814.WPD

of the Counterclaims.

56. WAVEZERO denies each and every allegation contained in Paragraph 56 of the Counterclaims.

## FOURTH CAUSE OF ACTION

57. WAVEZERO restates its answer to each and every foregoing paragraph of the Counterclaims as though fully set forth herein.

58. WAVEZERO admits the terms stated in Paragraph G.10 of the Proposals, a copy of which is attached as Exhibit 2 to the Counterclaims. Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 58 of the Counterclaims.

59. WAVEZERO denies each and every allegation contained in Paragraph 59 of the Counterclaims.

60. WAVEZERO admits that it has failed to pay the $200,000.00 demanded by ITN. Except as so admitted, WAVEZERO denies each and every remaining allegation contained in Paragraph 60 of the Counterclaims.

61. WAVEZERO denies each and every allegation contained in Paragraph 61 of the Counterclaims.

## FIFTH CAUSE OF ACTION

62. WAVEZERO restates its answer to each and every foregoing paragraph of the Counterclaims as though fully set forth herein.

63. WAVEZERO denies each and every allegation contained in Paragraph 63 of the Counterclaims.

a. WAVEZERO denies each and every allegation contained in Paragraph 63(a) of the Counterclaims.

b. WAVEZERO denies each and every allegation contained in Paragraph 63(b) of the Counterclaims.

64. WAVEZERO denies each and every allegation contained in Paragraph 64 of the Counterclaims.

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3093-003
00097814.WPD

8
WAVEZERO'S ANSWER TO COUNTERCLAIMS          (Case No. C07-03817)

65. WAVEZERO denies each and every allegation contained in Paragraph 65 of the Counterclaims.

66. WAVEZERO is without sufficient information and belief to admit or deny the allegations contained in Paragraph 66 of the Counterclaims, and on that basis denies each and every allegation contained therein.

67. WAVEZERO is without sufficient information and belief to admit or deny the allegations contained in Paragraph 67 of the Counterclaims, and on that basis denies each and every allegation contained therein.

68. WAVEZERO is without sufficient information and belief to admit or deny the allegations contained in Paragraph 68 of the Counterclaims, and on that basis denies each and every allegation contained therein.

69. WAVEZERO is without sufficient information and belief to admit or deny the allegations contained in Paragraph 69 of the Counterclaims, and on that basis denies each and every allegation contained therein.

70. WAVEZERO denies each and every allegation contained in Paragraph 70 of the Counterclaims.

**PRAYER**

WAVEZERO denies that ITN is entitled to any of the relief prayed for in the Counterclaims, or that ITN is entitled to any other relief whatsoever.

DATE: August 9, 2007

PAHL & McCAY
A Professional Corporation

By: _____
Fenn C. Horton III

Attorneys for Plaintiff
WAVEZERO, INC.

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3093-003
00097814.WPD

9
WAVEZERO'S ANSWER TO COUNTERCLAIMS        (Case No. C07-03817)