1  **PAHL & McCAY**
   A Professional Corporation
2  **Fenn C. Horton III, Esq.** (State Bar No. 119888)
   **Michael J. Cheng, Esq.** (State Bar No.244414)
3  225 West Santa Clara Street
   Suite 1500
4  San Jose, California 95113-1752
   Telephone No.: (408) 286-5100
5  Facsimile No.: (408) 286-5722

6  Attorneys for Plaintiff
   WAVEZERO
7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10 WAVEZERO,                        )   Case No. C07-03817 HRL
                                    )
11         Plaintiff,               )   [Complaint filed June 19, 2007]
                                    )
12 v.                               )   [SCSC Case No.  1-07-CV-88201]
                                    )
13 ITN ENERGY SYSTEMS, INC., and    )   **WAVEZERO'S FRCP 7.1**
   DOES 1 through 20, inclusive,    )   **DISCLOSURE STATEMENT**
14                                  )
           Defendants.              )
15                                  )
                                    )
16 _____   )
                                    )
17 ITN ENERGY SYSTEMS, INC.,        )
                                    )
           Counter-Claimant         )
18                                  )
19 v.                               )
                                    )
   WAVEZERO, INC.,                  )
20                                  )
           Defendant.               )
21 _____   )

22        Plaintiff/Counter-Defendant WAVEZERO, INC., hereby discloses that its parent

23 corporation is Block Shield Corporation.

24 DATE:  August 9, 2007              PAHL & McCAY
                                      A Professional Corporation
25

26

27 By: _____
                                      Fenn C. Horton III

28                                    Attorneys for Plaintiff
                                      WAVEZERO

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3093-003
00097933.WPD

-------------------                   1                   -------------------
**FRCP 7.1 DISCLOSURE STATEMENT**                          (Case No. C07-03817)