```
PAHL & McCAY
A Professional Corporation
Fenn C. Horton III, Esq. (State Bar No. 119888)
Michael J. Cheng, Esq. (State Bar No.244414)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722

Attorneys for Plaintiff
WAVEZERO
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAVEZERO,<br><br>     Plaintiff,<br><br>v.<br><br>ITN ENERGY SYSTEMS, INC., and DOES 1 through 20, inclusive,<br><br>     Defendants.<br>_____<br>ITN ENERGY SYSTEMS, INC.,<br><br>     Counter-Claimant<br><br>v.<br><br>WAVEZERO, INC.,<br><br>     Defendant.<br>_____ | Case No. C07-03817 HRL<br><br>[Complaint filed June 19, 2007]<br><br>[Santa Clara SC Case No. 1-07-CV-88201]<br><br>**WAVEZERO'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.C.S. Section 636©, Plaintiff/Counter-Defendant WAVEZERO, INC., hereby consents to have United States Magistrate Judge Howard R. Lloyd conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall

///

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3093-003
00097945.WPD

-------------------- 1 --------------------
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE    (Case No. C07-03817)

1  be taken directly to the United States Court of Appeals for the Ninth Circuit.

2  DATE:  August 9, 2007          PAHL & McCAY
                                  A Professional Corporation

                                  By: _____
                                     Fenn C. Horton III

                                  Attorneys for Plaintiff
                                  WAVEZERO, INC.

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3093-003
00097945.WPD

-------------------                  2                  -------------------
**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**    (Case No. C07-03817)