1  JULIE A. SHEPARD, SBN 175538
   SHAILA DJUROVICH, SBN 224249
2  HOGAN & HARTSON L.L.P.
   1999 Avenue of the Stars, Suite 1400
3  Los Angeles, CA 90067
   Telephone: (310) 785-4600
4  Facsimile: (310) 785-4601
   jashepard@hhlaw.com
5  smdjurovich@hhlaw.com

6  Attorneys for Defendant and Counter-Claimant
   ITN ENERGY SYSTEMS, INC.
7

8
                UNITED STATES DISTRICT COURT
9
       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE BRANCH
10

11  ─────────────────────────

12  WAVEZERO, INC.,                    )  Case No.: C 07-03817 HRL
13                                     )
                    Plaintiff,         )  [Complaint file on June 19, 2007]
14                                     )
         v.                            )
15                                     )  **CONSENT TO PROCEED
    ITN ENERGY SYSTEMS, INC., and      )  BEFORE A UNITED STATES
16  DOES 1 through 20, inclusive,      )  MAGISTRATE JUDGE BY ITN
                                       )  ENERGY SYSTEMS, INC.**
17                                     )
                                       )  Mag. Judge Howard R. Lloyd
18                  Defendants.        )  Courtroom 2, 5th Floor
19  ─────────────────────────          )
                                       )
20  ITN ENERGY SYSTEMS, INC.,          )
                                       )
21                  Counter-Claimant,  )
                                       )
22       v.                            )
                                       )
23  WAVEZERO, INC.,                    )
                                       )
24                  Counter-Defendant. )
                                       )
25                                     )
26  ─────────────────────────

27

28

\\LA - 029347/000001 - 356822 v1          1          CONSENT TO PROCEED BEFORE A
                                                     UNITED STATES MAGISTRATE JUDGE
                                                     Case No.: C 07-03817 HRL

1  In accordance with the provisions of Title 28, U.S.C. Section 636(c), Defendant and Counter-Claimant ITN Energy Systems, Inc. hereby consents to have United States Magistrate Judge Howard R. Lloyd conduct any and all further proceeding in the above-entitled action, including trial, and order the entry of a final judgment. Any appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATE: August 14, 2007          HOGAN & HARTSON LLP


By: /s/ Julie A. Shepard
        Julie A. Shepard
        Shaila M. Diurovich
Attorneys for Defendant
And Counter-Claimant
ITN ENERGY SYSTEMS, INC.