JULIE A. SHEPARD, SBN 175538
SHAILA DJUROVICH, SBN 224249
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
jashepard@hhlaw.com
smdjurovich@hhlaw.com

Attorneys for Defendant and Counter-Claimant
ITN ENERGY SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE BRANCH

| | |
|---|---|
| WAVEZERO, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>ITN ENERGY SYSTEMS, INC., and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No.: C 07-03817 HRL<br><br>[Complaint file on June 19, 2007]<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE BY ITN ENERGY SYSTEMS, INC.**<br><br>Mag. Judge Howard R. Lloyd<br>Courtroom 2, 5th Floor |
| ITN ENERGY SYSTEMS, INC.,<br><br>  Counter-Claimant,<br><br>v.<br><br>WAVEZERO, INC.,<br><br>  Counter-Defendant. | |

\\\LA - 029347/000001 - 356822 v1

1

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE
Case No.: C 07-03817 HRL

1     In accordance with the provisions of Title 28, U.S.C. Section 636(c), Defendant and Counter-Claimant ITN Energy Systems, Inc. hereby consents to have United States Magistrate Judge Howard R. Lloyd conduct any and all further proceeding in the above-entitled action, including trial, and order the entry of a final judgment. Any appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATE: August 14, 2007        HOGAN & HARTSON LLP

By: /s/ Julie A. Shepard
    Julie A. Shepard
    Shaila M. Diurovich
Attorneys for Defendant
And Counter-Claimant
ITN ENERGY SYSTEMS, INC.