*fee pd.*

1  JULIE A. SHEPARD, SBN 175538
   SHAILA DJUROVICH, SBN 224249
2  HOGAN & HARTSON L.L.P.
   1999 Avenue of the Stars, Suite 1400
3  Los Angeles, CA 90067
   Telephone: (310) 785-4600
4  Facsimile: (310) 785-4601
   jashepard@hhlaw.com
5  smdjurovich@hhlaw.com

6  Attorneys for Defendant and Counter-Claimant
   ITN ENERGY SYSTEMS, INC.
7

FILED

2007 AUG 21  P 2: 18

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE BRANCH

| | |
|---|---|
| WAVEZERO, INC., <br><br> Plaintiff, <br><br> v. <br><br> ITN ENERGY SYSTEMS, INC., and DOES 1 through 20, inclusive, <br><br> Defendants. <br><br> ITN ENERGY SYSTEMS, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> WAVEZERO, INC., <br><br> Counter-Defendant. | Case No.: C 07-03817 HRL <br><br> [Complaint file on June 19, 2007] <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (ERIC J. MOUTZ)** <br><br> **Mag. Judge Howard R. Lloyd** <br> **Courtroom 2, 5th Floor** |

\\\LA - 029347/000001 - 356820 v1

1

*PRO HAC VICE* APPLICATION (ERIC J. MOUTZ)
Case No.: C 07-03817 HRL

1  Pursuant to Civil L.R. 11-3, Eric J. Moutz, an active member in good standing
2  of the bar of the State of Colorado, hereby applies for admission to practice in the
3  Northern District of California on a *pro hac vice* basis representing defendant and
4  counter-claimant ITN ENERGY SYSTEMS, INC. in the above-entitled action.

6  In support of this application, I certify on oath that:
7  1. I am an active member in good standing of the bar of the State of
8  Colorado, as indicated above;
9  2. I agree to abide by the Standards of Professional Conduct set forth in
10 Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing,
11 and to become familiar with the Local Rules and the Alternative Dispute Resolution
12 programs of this Court; and
13 3. An attorney who is a member of the bar of this Court in good standing
14 and who maintains an office within the State of California has been designated as
15 co-counsel in the above-entitled action. The name, address and telephone number of
16 that attorney is: Julie A. Shepard, HOGAN & HARTSON LLP, 1999 Avenue of the
17 Stars, 14th Floor, Los Angeles, California 90067, tel: (310) 785-4600 / fax: (310)
18 785-4601.

20 I declare under penalty of perjury that the foregoing is true and correct.

24 Date: 8-10-07                    [signature]

26                                   Eric J. Moutz

\\\LA - 029347/000001 - 356781 v1

PRO HAC VICE APPLICATION (ERIC J. MOUTZ)
Case No.: C 07-03817 HRL
2

## PROOF OF SERVICE

STATE OF CALIFORNIA ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is: HOGAN & HARTSON, LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067

On August 21, 2007, I caused the foregoing documents described as:

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (ERIC J. MOUTZ)**

to be served on the interested parties in this action by placing ___ the original X a true copy thereof enclosed in sealed envelopes addressed as follows:

FENN C. HORTON III, ESQ.
MICHAEL J. CHENG, ESQ.
PAHL & MCCAY, P.C.
225 WEST SANTA CLARA STREET,
SUITE 1500
SAN JOSE, CA 95113-1752
TELEPHONE: (408) 286-5100
FACSIMILE: (408) 286-5722

[X] **BY MAIL.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY HAND DELIVERY.** I caused such envelope to be delivered by hand to the offices of the addressee(s) following ordinary business practices.

[ ] **BY FACSIMILE.** I caused such document to be delivered by facsimile to the offices of the addressee(s) following ordinary business practices.

[ ] **BY UNITED PARCEL SERVICE.** I caused such document to be delivered by overnight mail to the offices of the addressee(s) by placing it for collection by United Parcel Service following ordinary business practices by my firm, to wit, that packages will either be picked up from my firm by United Parcel Service and/or delivered by my firm to the United Parcel Service office.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on August 21, 2007, at Los Angeles, California.

Renee Sherriff
Print Name

*/s/ Renee Sherriff*
Signature