1  JULIE A. SHEPARD, SBN 175538
   SHAILA DJUROVICH, SBN 224249
2  HOGAN & HARTSON L.L.P.
   1999 Avenue of the Stars, Suite 1400
3  Los Angeles, CA 90067
   Telephone: (310) 785-4600
4  Facsimile: (310) 785-4601
   jashepard@hhlaw.com
5  smdjurovich@hhlaw.com

6  Attorneys for Defendant and Counter-Claimant
   ITN ENERGY SYSTEMS, INC.
7

8
                UNITED STATES DISTRICT COURT
9
       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE BRANCH
10

11  _____

12  WAVEZERO, INC.,                    )  Case No.: C 07-03817 HRL
13                                     )
                         Plaintiff,    )  [Complaint file on June 19, 2007]
14                                     )
         v.                            )
15                                     )  **ITN ENERGY SYSTEMS, INC.'S**
    ITN ENERGY SYSTEMS, INC., and      )  **RULE 7.1 DISCLOSURE**
16  DOES 1 through 20, inclusive,      )  **STATEMENT**
                                       )
17                                     )
                                       )
18                       Defendants.   )  **Mag. Judge Howard R. Lloyd**
                                       )  **Courtroom 2, 5th Floor**
19  _____)
                                       )
20  ITN ENERGY SYSTEMS, INC.,          )
                                       )
21                  Counter-Claimant,  )
                                       )
22       v.                            )
                                       )
23  WAVEZERO, INC.,                    )
                                       )
24                  Counter-Defendant. )
                                       )
25                                     )

26  _____

27

28  _____

\\\LA - 029347/000001 - 357617 v1          1      RULE 7.1 DISCLOSURE STATEMENT
                                                  Case No.: C 07-03817 HRL

| | |
|---|---|
| 1 | Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for defendants and counter-claimants ITN Energy Systems, Inc. ("ITN") certify as follows: ITN is 100% owned by Inica, Inc. No publicly held corporation owns 10 percent or more of ITN's stock. |

DATE: August 21, 2007

HOGAN & HARTSON LLP

By: /s/ Julie A. Shepard
    Julie A. Shepard
    Shaila M. Diurovich
Attorneys for Defendant and
Counter-Claimant
ITN ENERGY SYSTEMS, INC.