```
JULIE A. SHEPARD, SBN 175538                        *E-filed 8/23/07*
SHAILA DJUROVICH, SBN 224249
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
jashepard@hhlaw.com
smdjurovich@hhlaw.com

Attorneys for Defendant and Counter-Claimant
ITN ENERGY SYSTEMS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE BRANCH

| | |
|---|---|
| WAVEZERO, INC., <br><br> Plaintiff, <br><br> v. <br><br> ITN ENERGY SYSTEMS, INC., and DOES 1 through 20, inclusive, <br><br> Defendants. <br> ——————————————— <br> ITN ENERGY SYSTEMS, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> WAVEZERO, INC., <br><br> Counter-Defendant. | Case No.: C 07-03817 HRL <br><br> [Complaint file on June 19, 2007] <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (DANIEL S. HOFFMAN) <br><br> Mag. Judge Howard R. Lloyd <br> Courtroom 2, 5th Floor |

1 |     Daniel S. Hoffman, an active member in good standing of the bar of Colorado
2 | whose business address and telephone number is One Tabor Center, Suite 1500,
3 | 1200 Seventeenth Street, Denver, Colorado 80202, (303) 899-7300 having applied
4 | in the above-entitled action for admission to practice in the Northern District of
5 | California on a *pro hac vice* basis, representing ITN Energy Systems, Inc.,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 8/23/07

THE HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE