```
 1  JULIE A. SHEPARD, SBN 175538                          *E-filed 8/23/07*
    SHAILA DJUROVICH, SBN 224249
 2  HOGAN & HARTSON L.L.P.
    1999 Avenue of the Stars, Suite 1400
 3  Los Angeles, CA 90067
    Telephone: (310) 785-4600
 4  Facsimile: (310) 785-4601
    jashepard@hhlaw.com
 5  smdjurovich@hhlaw.com

 6  Attorneys for Defendant and Counter-Claimant
    ITN ENERGY SYSTEMS, INC.
 7

 8
                        UNITED STATES DISTRICT COURT
 9
             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE BRANCH
10

11  ─────────────────────────────────────────────

12  WAVEZERO, INC.,                    )  Case No.: C 07-03817 HRL
13                                     )
                         Plaintiff,    )  [Complaint file on June 19, 2007]
14                                     )
         v.                            )  [PROPOSED] ORDER
15                                     )  GRANTING APPLICATION FOR
    ITN ENERGY SYSTEMS, INC., and      )  ADMISSION OF ATTORNEY PRO
16  DOES 1 through 20, inclusive,      )  HAC VICE (ERIC J. MOUTZ)
                                       )
17                                     )
                                       )
18                       Defendants.   )
                                       )
19  ─────────────────────────────────  )
                                       )  Mag. Judge Howard R. Lloyd
20  ITN ENERGY SYSTEMS, INC.,          )  Courtroom 2, 5th Floor
                                       )
21                Counter-Claimant,    )
                                       )
22       v.                            )
                                       )
23  WAVEZERO, INC.,                    )
                                       )
24                Counter-Defendant.   )
                                       )
25                                     )
26  ─────────────────────────────────
27
28
```

\\LA - 029347/000001 - 357691 v1

1

[PROPOSED] ORDER GRATING PRO HAC
VICE APPLICATION (ERIC J. MOUTZ)
Case No.: C 07-03817 HRL

1 | Eric J. Moutz, an active member in good standing of the bar of Colorado
2 | whose business address and telephone number is 1470 Walnut Street, Suite 200,
3 | Boulder, Colorado 80302, (720) 406-5300, having applied in the above-entitled
4 | action for admission to practice in the Northern District of California on a *pro hac*
5 | *vice* basis, representing ITN Energy Systems, Inc.,

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 8/23/07

_____
THE HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE