*E-filed 10/10/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WAVEZERO, INC.,<br>    Plaintiff, | Case No. C07-03817 HRL |
| v. | |
| ITN ENERGY SYSTEMS, INC. and DOES 1-10.<br>    Defendants.<br>_____/ | **CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |
| ITN ENERGY SYSTEMS, INC.,<br>    Counter-claimant, | |
| v. | |
| WAVEZERO, INC.,<br>    Counter-defendant.<br>_____/ | |

PLEASE TAKE NOTICE THAT on the court's own motion, the Case Management Conference, originally set for October 30, 2007 at 1:30 p.m., is reset for **November 6, 2007 at 1:30 p.m** in Courtroom 2, 5th floor of the United States District Court, San Jose. The parties' joint case management conference statement shall be filed no later than **October 30, 2007**.

Dated:    10/10/07

/s/ KRO
Chambers of Magistrate Judge Howard R. Lloyd

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Shaila Marie Djurovich smdjurovich@hhlaw.com

Fenn C. Horton , III fhorton@pahl-gosselin.com

Julie Shepard jashepard@hhlaw.com

**A courtesy copy will be delivered to (Counsel are reminded to sign up for E-filing):**

Daniel S. Hoffman
One Tabor Center
Suite 1500
1200 Seventeenth Street
Denver, CO 80202

Eric J. Moutz
1470 Walnut Street
Suite 200
Boulder, CO 80302

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated: 10/10/07

/s/ KRO

Chambers of Magistrate Judge Howard R. Lloyd

2