1  **PAHL & McCAY**
   A Professional Corporation
2  **Fenn C. Horton III, Esq.** (State Bar No. 119888)
   **Michael J. Cheng, Esq.** (State Bar No. 244414)
3  225 West Santa Clara Street
   Suite 1500
4  San Jose, California 95113-1752
   Telephone No.: (408) 286-5100
5  Facsimile No.: (408) 286-5722

6  Attorneys for Plaintiff
   WAVEZERO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WAVEZERO, | ) | Case No. C07-03817 HRL |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| ITN ENERGY SYSTEMS, INC., and DOES 1 through 20, inclusive, | ) | |
| Defendants. | ) | |
| ITN ENERGY SYSTEMS, INC., | ) | |
| Counter-Claimant | ) | |
| v. | ) | |
| WAVEZERO, INC., | ) | |
| Defendant. | ) | |

The parties hereby stipulate and agree that this action shall be dismissed in its entirety with prejudice, each side to bear its own attorney's fees and costs, said dismissal to include both the Complaint and Counterclaim (Cross-Complaint), provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that any agreed consideration for the settlement has not been delivered, this order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3093-003
00103269.WPD

1

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION          (Case No. C07-03817)

SO STIPULATED.

DATE: __10/30/__, 2007          PAHL & McCAY
                                A Professional Corporation

                                By: _____
                                Fenn C. Horton III

                                Attorneys for Plaintiff
                                WAVEZERO

DATE: _____, 2007       HOGAN & HARTSON
                                A Limited Liability Partnership


                                By:_____
                                Julie A. Shapard

                                Attorneys for Defendant
                                ITN ENERGY SYSTEMS, INC.

### ORDER APPROVING STIPULATION AND DISMISSING ENTIRE ACTION WITH PREJUDICE

The foregoing stipulation is approved and **IT IS SO ORDERED**.

This action is hereby dismissed with prejudice, each side bearing its own attorney's fees and costs, said dismissal to include both the Complaint and Cross-Complaint, provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, this order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

DATE: _____, 2007     _____
                                      Honorable Howard R. Lloyd

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3093-003
00103269.WPD

2

**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION**     (Case No. C07-03817)

1  SO STIPULATED.
2  DATE: 10/30/, 2007        PAHL & McCAY
                             A Professional Corporation
3
4
5                            By: _____
                                 Fenn C. Horton III
6                            Attorneys for Plaintiff
                             WAVEZERO
7
   DATE: 10/31/, 2007        HOGAN & HARTSON
8                            A Limited Liability Partnership
9
10                           By: _____
                                 Julie A. Shapard
11
                             Attorneys for Defendant
12                           ITN ENERGY SYSTEMS, INC.

13  **ORDER APPROVING STIPULATION AND DISMISSING ENTIRE ACTION WITH PREJUDICE**
14

15      The foregoing stipulation is approved and **IT IS SO ORDERED**.

16      This action is hereby dismissed with prejudice, each side bearing its own
17  attorney's fees and costs, said dismissal to include both the Complaint and Cross-
18  Complaint, provided, however, that if any party hereto shall certify to this Court, within
19  ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed
20  consideration for the settlement has not been delivered, this order shall stand vacated and
21  the action shall forthwith be restored to the calendar to be set for trial.

22  DATE: _____, 2007    _____
                                          Honorable Howard R. Lloyd
23
24
25
26

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500.
San Jose, CA 95113
(408) 286-5100

3093-003
00103269.WPD

27
28

---

2

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION           (Case No. C07-03817)