**PAHL & McCAY**
A Professional Corporation
**Fenn C. Horton III, Esq.** (State Bar No. 119888)
**Michael J. Cheng, Esq.** (State Bar No.244414)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722

Attorneys for Plaintiff
WAVEZERO

*E-filed 11/2/07*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAVEZERO,<br><br>    Plaintiff,<br><br>v.<br><br>ITN ENERGY SYSTEMS, INC., and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____<br><br>ITN ENERGY SYSTEMS, INC.,<br><br>    Counter-Claimant<br><br>v.<br><br>WAVEZERO, INC.,<br><br>    Defendant.<br>_____ | Case No. C07-03817 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

The parties hereby stipulate and agree that this action shall be dismissed in its entirety with prejudice, each side to bear its own attorney's fees and costs, said dismissal to include both the Complaint and Counterclaim (Cross-Complaint), provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that any agreed consideration for the settlement has not been delivered, this order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3093-003
00103269.WPD

-------------------- 1 --------------------
**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION** (Case No. C07-03817)

1    SO STIPULATED.

2    DATE: _10/30/_____, 2007        PAHL & McCAY
                                     A Professional Corporation
3

4

5    By:_____
         Fenn C. Horton III
6
                                     Attorneys for Plaintiff
7                                    WAVEZERO

     DATE: _10/31/_____, 2007        HOGAN & HARTSON
8                                    A Limited Liability Partnership

9

10   By:_____
         Julie A. Shapard
11
                                     Attorneys for Defendant
12                                   ITN ENERGY SYSTEMS, INC.

13   **ORDER APPROVING STIPULATION AND DISMISSING ENTIRE ACTION
                          WITH PREJUDICE**
14

15       The foregoing stipulation is approved and **IT IS SO ORDERED**.

16       This action is hereby dismissed with prejudice, each side bearing its own

17   attorney's fees and costs, said dismissal to include both the Complaint and Cross-

18   Complaint, provided, however, that if any party hereto shall certify to this Court, within

19   ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed

20   consideration for the settlement has not been delivered, this order shall stand vacated and

21   the action shall forthwith be restored to the calendar to be set for trial.

22

23   Date: 11/2/07

24   _____

25       Honorable Howard R. Lloyd
         United States Magistrate Judge
26

     Pahl & McCay
     A Professional Corp.
     225 W. Santa Clara St.   27
     Suite 1500,
     San Jose, CA 95113
     (408) 286-5100           28

     3093-003                 ------------------        2        ------------------
     00103269.WPD             STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION    (Case No. C07-03817)